# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br>v.<br>Bobby Lee Tennant,<br>            Defendant. | No. CR-13-01165-001-TUC-RM<br><br>**ORDER** |

      Pending before the Court is a Report and Recommendation (Doc. 40) issued by United States Magistrate Judge Leslie A. Bowman. In her Report and Recommendation, Judge Bowman recommends finding that Defendant Bobby Lee Tennant violated Standard Conditions Nos. 4 and 9, and Special Condition No. 1 of his supervised release. No objections were filed.

      The Court has conducted an independent review of the record and finds no error in Judge Bowman's thorough and carefully reasoned Report and Recommendation. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

1   **IT IS HEREBY ORDERED** that Magistrate Judge Leslie A. Bowman's Report and Recommendation (Doc. 40) is **accepted and adopted**.

**IT IS FURTHER ORDERED** finding that Defendant violated Standard Conditions Nos. 4 and 9, and Special Condition No. 1 of his supervised release, as detailed in Judge Bowman's Report and Recommendation.

Disposition is now set for **June 17, 2015** at **11:00 a.m.**

Dated this 7th day of May, 2015.

_____
Honorable Rosemary Márquez
United States District Judge